UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NOBLE BERNISEARL McGILL EL BEY,<br><br>　　　　　Defendant. | No. 2:20-cv-175-KJM-EFB PS<br><br>ORDER |

On January 31, 2020, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections on February 5, 2020, and they were considered by the undersigned.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////
/////
/////
/////

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed January 31, 2020, are adopted; and

2. The above-captioned case is REMANDED to the Superior Court of the State of California in and for the County of San Joaquin.

DATED: February 18, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE