UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NOBLE BERNISEARL McGILL EL BEY.,<br><br>　　　　　Defendant. | No.  2:20-cv-00175-KJM-EFB (PS)<br><br>ORDER |

On February 18, 2020, this action was remanded to the Superior Court of the State of California in and for the County of San Joaquin.  ECF No. 5.  On November 7, 2022, defendant filed 39 pages of miscellaneous documents.  ECF No. 6.  The court takes no action on defendant's filing as this case is closed.  The court will not respond to future filings in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

　　　So ordered.

Dated:  November 10, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE